UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LAWRENCE L. BAILEY, | ) | Case No. CV 06-4152 JFW(JC) |
| Petitioner, | ) ) | ORDER ADOPTING FINDINGS, CONCLUSIONS, AND |
| v. | ) ) | RECOMMENDATIONS OF UNITED STATES MAGISTRATE |
| JEANNE WOODFORD, Director, | ) ) | JUDGE |
| Respondent. | ) ) | |

_____

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the operative Third Amended Petition for Writ of Habeas Corpus by a Person in State Custody (the "Petition") and all of the records herein, including the attached Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"), and petitioner's objections to the Report and Recommendation ("Objections"). The Court has further made a *de novo* determination of those portions of the Report and Recommendation to which objection is made. The Court concurs with and adopts the findings, conclusions, and recommendations of the United States Magistrate Judge and overrules the Objections.

      IT IS ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

      IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the

United States Magistrate Judge's Report and Recommendation, and the Judgment herein on petitioner and counsel for respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: 11/12/10

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE