UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE L. BAILEY,<br><br>        Petitioner,<br><br>    v.<br><br>JEANNE WOODFORD, Director,<br><br>        Respondent. | Case No. CV 06-4152 JFW(JC)<br><br>JUDGMENT |

    Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the operative Third Amended Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED:  11/12/10

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE